UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  CHRISTOPHER GRIFFIN

CASE NO. 07 B 21868

CHAPTER 13

JUDGE: BRUCE W BLACK

      Debtor  
SSN XXX-XX-3366

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/20/07 and confirmed on 02/06/08.

2. The plan is paid in full.

3. The Debtor paid a total of $ 4950.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| GENESSEE COUNTY TREASURE | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2156.36 | .00 | 2156.36 |
| SECRETARY OF STATE | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 2156.36 | .00 | 2156.36 |
| PRINCIPAL PAID | .00 | .00 | 2156.36 | .00 | 2156.36 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 2156.36 | .00 | 2156.36 |

The Debtor's attorney, KONSTANTINE T SPARAGIS       , was allowed $   3500.00 and was paid $   1051.00  direct and $   2449.00  through the plan.

The Trustee received $    279.13 .

Refunds to the Debtor totaled $     65.51 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/20/09  /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 21868 CHRISTOPHER GRIFFIN